Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUIZ FAJARDO INGENIEROS
ASOCIADOS S.A.S.,

                   Plaintiff,

v.

FLOW INTERNATIONAL
CORPORATION,

                   Defendant.

Cause No. C16-1902RAJ

JURY QUESTION AND THE
COURT'S RESPONSE

Question from the Jury:

IN LIEU OF LOST PROFITS MAY WE AWARD COMPENSATION IN FORM OF THE AMOUNT OF CONTRACT PRICE OF A MACH 4 $437,830 ?

_____
Foreperson

Date and Time: 2/7/19 1300

JURY QUESTION AND THE COURT'S RESPONSE – 1

The Court's Response:

You may award damages you believe are appropriate and recoverable in light of the instructions provided to you.

DATED this 7th day of FEB, 2019, at 1:29 pm a.m./p.m.

HON. RICHARD A. JONES
United States District Judge

JURY QUESTION AND THE COURT'S RESPONSE – 2