HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUIZ FAJARDO INGENIEROS ASOCIADOS S.A.S., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FLOW INTERNATIONAL CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. 2:16-CV-01902-RAJ<br><br>SPECIAL VERDICT FORM |

SPECIAL VERDICT FORM

- 1 -

## SPECIAL VERDICT FORM

We, the jury, return the following verdict:

Question 1: Did the plaintiff prove that the defendant breached the express contractual warranty?

Yes  X     No ____

If "YES," go to Question 2.

If "NO," stop here.

Question 2: Did the plaintiff prove that the plaintiff notified the defendant of the breach within a reasonable time?

Yes  X     No ____

If "YES," go to Question 4.

If "NO," go to Question 3.

Question 3: Did the plaintiff prove that the defendant waived its right to notice of the breach?

Yes ____    No ____

If "YES," go to Question 4.

If "NO," stop here.

Question 4: Did the plaintiff prove that the contractual limited repair or replace remedy failed of its essential purpose?

Yes  X     No ____

If "YES," go to Question 5.

If "NO," stop here.

Question 5: What is the amount of plaintiff's damages?

$437,830.00

Question 6: Did the defendant prove that the plaintiff failed to mitigate its damages?

Yes ____    No ✗

If "YES," go to Question 7.

If "NO," stop here.

Question 7: By what amount did the plaintiff fail to mitigate its damages?

_____

Please have the Jury Foreperson sign the form and return to the Court Clerk.

Date: 2/7 , 2019    Signed ███████████

                                   Jury Foreperson

SPECIAL VERDICT FORM

- 3 -