# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUIZ FAJARDO INGENIEROS ASOCIADOS S.A.S.,<br><br>Plaintiff,<br><br>v.<br><br>FLOW INTERNATIONAL CORPORATION,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C16-1902RAJ |

  **X**    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict; and

  \_\_\_\_    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

As set forth in the jury's Special Verdict Form entered on February 7, 2019, Judgment is entered in favor of Plaintiff Ruiz Fajardo Ingenieros Asociados S.A.S., against Defendant Flow International Corporation, in the amount of $437,830.00.

Dated this 7th day of February, 2019.

WILLIAM M. McCOOL,
Clerk of the Court

By:   */s/ Victoria Ericksen*
        Deputy Clerk